**In the Matter of S.L.R.**

**E.F.R., Petitioner/Respondent,**

v.

**W.F., Respondent/Appellant.**

**No. 59553.**

Missouri Court of Appeals, Eastern District, Southern Division.

Aug. 13, 1991.

Kim R. Moore, Perryville, for respondent/appellant.

Walter S. Drusch, Cape Girardeau, for petitioner/respondent.

PER CURIAM.

Child's maternal grandmother appeals from the trial court's granting of a writ of habeas corpus filed by the child's father.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).